Richard J. Daley, Mayor and Local Liquor Control Commissioner, Plaintiff-Appellant, v. Gerald D. Ryan, Licensee, License Appeal Commission of the City of Chicago, A. L. Cronin, Chairman, Defendants-Appellees.

Gen. No. 51,105. 

First District, First Division.

January 16, 1967.

 Raymond F. Simon, Corporation Counsel, of Chicago (Sydney R. Drebin and Thomas F. Strubbe, Assistant Corporation Counsel, of counsel), for appellant; no appearance made for appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.